

# BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas  78666
512/393-7660

**FILED**

**June 15, 2015**

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

To:    Jeffrey D. Kyle
       Clerk, Court of Appeals
       Third District of Texas
       P. O. Box 12547
       Austin, Texas  78711-2547

Re:    Appellate Court #03-14-00215-CR
       TC Cause # CR-13-0076
       Style:  State of Texas vs. Jonathan Porterie

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on June 12, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
        Kathy Orlowski, Deputy